1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail:  LStone@shookandstone.com

10 Attorneys for Plaintiff Rishad Terrell J

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RISHAD TERRELL J, | Case No.: 2:24-cv-01632-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ORDER |
| vs. | (FIRST REQUEST) |
| CAROLYN COLVIN, Acting Commissioner of Social Security[1], | |
| Defendant. | |

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1     Plaintiff Rishad Terrell J and Carolyn Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from December 4, 2024 to December 18, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel. Due to a medical emergency in counsel's immediate family, additional time is needed to fully research the issues presented.

DATE: December 4, 2024    Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                            /s/ *Marc V. Kalagian*
                BY: _____
                        Marc V. Kalagian
                        Attorney for plaintiff Rishad Terrell J

DATE: December 4, 2024        JASON M. FRIERSON
                            United States Attorney


                            /s/ *Franco L. Becia*
                BY: _____

                        Franco L. Becia
                        Special Assistant United States Attorney
                        |*authorized by e-mail|

**ORDER**

DATE:  December 5, 2024

IT IS SO ORDERED:

                            THE HONORABLE NANCY J. KOPPE
                            UNITED STATES MAGISTRATE JUDGE