# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RISHAD J.,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>    Defendant. | Case No. 2:24-cv-01632-NJK<br><br>**Order** |

Frank Bisignano is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Frank Bisignano in place of Carolyn Colvin.

IT IS SO ORDERED.

Dated: July 8, 2025

                                                                                                    _____
                                                                                                    Nancy J. Koppe
                                                                                                    United States Magistrate Judge